FILED

2005 NOV 21  PM 4:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMR MOHSEN<br>and<br>ALY MOHSEN,<br><br>    Defendants. | No. CR 03-0095 WBS<br><br>~~[PROPOSED]~~ **ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

The United States' motion for leave to file its motion for reconsideration is hereby GRANTED *only as to the first ground.*

DATED: 11/21/2005

　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING LEAVE
[CR 03-0095 WBS]