**FILED**

DEC 5 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

DEC - 5 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

AMR MOHSEN and ALY MOHSEN,

_____ Defendant(s). _____ /

CASE NO. CR 03-0095-WBS

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Bruce Locke _____, an active member in good standing of the bar of California _____, whose business address and telephone number is Moss & Locke 555 University Ave, Ste 170, Sacramento, California 95825 (916) 569-0667 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Amr Mohsen _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/2/2005

William B. Shubb
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

         Plaintiff,

v.

Mohsen et al,

         Defendant.

Case Number: CR03-00095 WBS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Locke
555 University Ave. #170
Sacramento, CA 95825

John Balazs
916 2nd Street 2nd flr
Sacramento, CA 95814

Dated: December 7, 2005

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk