```
1  BRUCE LOCKE, Bar #177807
   MOSS & LOCKE
2  555 University Avenue #170
   Sacramento, CA 95825
3  Telephone:  (916) 569-0663
   blocke@mosslocke.com
4
   JOHN BALAZS, Bar #157287
5  Attorney At Law
   916 2nd Street, 2nd Floor
6  Sacramento, California 95814
   Telephone: (916) 505-1687
7  john@balazslaw.com

8  Attorneys for Defendant
   AMR MOHSEN
9
```

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

```
   UNITED STATES OF AMERICA,     )  No. CR 03-0095-WBS
15                               )
                 Plaintiff,      )  STIPULATION AND ORDER RE
16                               )  MODIFICATION OF CONDITIONS OF
                                 )  CONFINEMENT TO ALLOW DEFENSE
17      v.                       )  COUNSEL TO MAKE THREE-WAY PHONE
                                 )  CALLS TO EXPERT WITNESSES
18 AMR MOHSEN and ALY MOHSEN,    )
                                 )  Date:  December 20, 2005
19                               )  Time:  10:30 a.m.
                 Defendants.     )  Judge: Hon William B. Shubb
20 _____)
```

21     The defendant and the government, by and through their respective
22 attorneys, hereby stipulate that the conditions of Mr. Mohsen's
23 confinement are changed to allow the defense attorneys to make three-
24 way phone calls between Mr. Mohsen, the defense attorneys, and those
25 expert witnesses that have been hired by the defense and approved by
26 the Court.  These three-way calls are being allowed so that the defense
27 counsel may prepare the defense in an expeditious and cost efficient
28 manner.

DATED: December 10, 2005                /S/
                                        Bruce Locke
                                        Attorney for Amr Mohsen

DATED: December 10, 2005                /S/  By Bruce Locke
                                        Robin Harris
                                        Attorney for the United States

Accordingly, good cause appearing, IT IS HEREBY ORDERED: that this Court's order dated August 30, 2004 concerning the conditions of defendant's confinement is hereby modified to permit defense counsel to make three-way calls between Mr. Mohsen, defense counsel, and those expert witnesses that have been hired by the defense and that have been approved by the Court.

DATED: 12/13/2005                       _____
                                        Honorable William B. Shubb
                                        United States District Judge