1  BRUCE LOCKE, Bar #177807
   MOSS & LOCKE
2  555 University Avenue #170
   Sacramento, CA 95825
3  Telephone:  (916) 569-0663
   blocke@mosslocke.com
4
   JOHN BALAZS, Bar #157287
5  Attorney At Law
   916 2nd Street, 2nd Floor
6  Sacramento, California 95814
   Telephone: (916) 505-1687
7  john@balazslaw.com

8  Attorneys for Defendant
   AMR MOHSEN
9

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )  No. CR 03-0095-WBS
15                                  )
                 Plaintiff,         )  STIPULATION AND ~~PROPOSED~~ ORDER TO
16                                  )  ALLOW EHAB MOHSEN TO VISIT THE
                                    )  DEFENDANT
17      v.                          )
                                    )
18 AMR MOHSEN and ALY MOHSEN,       )
                                    )
19                                  )
                 Defendants.        )
20 _____)

21      The Defendant Amr Mohsen and the United States hereby stipulate
22 that the conditions of his confinement may be amended to allow him to
23 visit with his son, Ehab Mohsen, to discuss issues related to the
24 Bank's recent foreclosure on the family home and how that relates to
25 the civil forfeiture issues.
26      The Government has agreed to the visit under the same conditions
27 as previously applied, that is that each visit shall be attended by Amr
28 Mohsen's criminal counsel who shall be present throughout the entire

1 visit; the Government shall be permitted to have a representative
2 present during the visit.  The visit shall be conducted in English.

6 DATED: December 10, 2005                    /S/
                                             Bruce Locke
7                                            Attorney for Amr Mohsen

8 DATED: December 10, 2005                    /S/ by Bruce Locke
                                             Robin Harris
9                                            Attorney for the United States

11     Accordingly, for good cause appearing, IT IS HEREBY ORDERED:
12         This Court's order dated August 30, 2004 is hereby modified
13 to permit defendant Amr Mohsen to have one jail visit with his son,
14 Ehab Mohsen, This visit shall be facilitated by Mohsen's criminal
15 counsel who is ordered to be present for the entire visit.  The
16 government shall be given 24 hours notice in advance of the visit,
17 which notice shall be given during regular business hours, Monday
18 through Friday, 9:00 a.m. to 5:00 p.m.  The Government is permitted to
19 have a representative present during the visit.  The entire visit
20 between defendant Amr Mohsen and his family is to be conducted in
21 English.  The visit between Amr Mohsen and his family shall in all
22 other respects be conducted pursuant to the regular procedure
23 established by the Alameda County detention facility in which
24 defendant Amr Mohsen is incarcerated.
25 DATED: 12/13/2005                    _____
                                       Honorable William B. Shubb
26                                     United States District Judge