```
 1  BRUCE LOCKE, Bar #177807
    MOSS & LOCKE
 2  555 University Avenue #170
    Sacramento, CA 95825
 3  Telephone:  (916) 569-0663
    blocke@mosslocke.com
 4
    JOHN BALAZS, Bar #157287
 5  Attorney At Law
    916 2nd Street, 2nd Floor
 6  Sacramento, California 95814
    Telephone: (916) 505-1687
 7  john@balazslaw.com

 8  Attorneys for Defendant
    AMR MOHSEN
 9

10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0095-WBS |
| Plaintiff, | STIPULATION AND [ ] ORDER TO ALLOW SHEREEN MOHSEN AND RAANIA MOHSEN TO VISIT THE DEFENDANT |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | |
| Defendants. | |

The Defendant Amr Mohsen and the United States hereby stipulate that the conditions of his confinement may be amended to allow him to visit with his two daughters, Raania and Shereen Mohsen.  The Defendant's daughters have not visited with him for more than three months and they both want to see their father before the holidays. They also need to discuss issues related to the family.

The Government has agreed to the visit under the same conditions as previously applied, that is that each visit shall be attended by Amr

1  Mohsen's criminal counsel who shall be present throughout the entire
2  visit; the Government shall be permitted to have a representative
3  present during the visit.  The visit shall be conducted in English.
4  DATED: December 15, 2005                   /S/_____
                                           Bruce Locke
5                                          Attorney for Amr Mohsen

6
   DATED: December 15, 2005             ____/S/ by Bruce Locke____
7                                          Robin Harris
                                           Attorney for the United States
8

9       Accordingly, for good cause appearing, IT IS HEREBY ORDERED:
10           This Court's order dated August 30, 2004 is hereby modified
11 to permit defendant Amr Mohsen to have one jail visit with his two
12 daughters, Raania and Shereen Mohsen, This visit shall be facilitated
13 by Mohsen's criminal counsel who is ordered to be present for the
14 entire visit.  The government shall be given 24 hours notice in advance
15 of the visit, which notice shall be given during regular business
16 hours, Monday through Friday, 9:00 a.m. to 5:00 p.m.  The Government is
17 permitted to have a representative present during the visit.  The
18 entire visit between defendant Amr Mohsen and his family is to be
19 conducted in English.  The visit between Amr Mohsen and his family
20 shall in all other respects be conducted pursuant to the regular
21 procedure established by the Alameda County detention facility in which
22 defendant Amr Mohsen is incarcerated.
23 DATED:  December 14, 2005
24
25                              _____
                                WILLIAM B. SHUBB
26                              UNITED STATES DISTRICT JUDGE
27
28

2