```
 1  BRUCE LOCKE, Bar #177807
    MOSS & LOCKE
 2  555 University Avenue #170
    Sacramento, CA 95825
 3  Telephone:  (916) 569-0663
    blocke@mosslocke.com
 4
    JOHN BALAZS, Bar #157287
 5  Attorney At Law
    916 2nd Street, 2nd Floor
 6  Sacramento, California 95814
    Telephone: (916) 447-9299
 7  john@balazslaw.com

 8  Attorneys for Defendant
    AMR MOHSEN
 9
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 03-95-WBS |
| | ) | |
| Plaintiff, | ) | DEFENDANT AMR MOHSEN'S MOTION TO |
| | ) | ALLOW A VISIT WITH THE DEFENSE |
| | ) | PSYCHIATRIST DR. JAY JACKMAN AND |
| v. | ) | ORDER |
| | ) | |
| AMR MOHSEN and ALY MOHSEN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Hon. William B. Shubb |
| _____ | ) | |

     Defendant Amr Mohsen moves the Court to amend the conditions of his confinement to allow him a single, unescorted confidential visit of up to three hours with his court appointed forensic psychiatrist Dr. Jay M. Jackman, who has been previously retained by defense counsel as a forensic psychiatric expert for the upcoming trial.

///

///

The government does not object to the visit.

DATED: January 13, 2006

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS

Attorneys for Defendant
AMR MOHSEN

DATED: January 13, 2006

/s/ KYLE WALDINGER
KYLE WALDINGER
Assistant U.S. Attorney
Attorney for the Government

**ORDER**

IT IS HEREBY ORDERED that the Court's August 30, 2004 order is modified to permit defendant Amr Mohsen to have one confidential visit of up to three hours with the defense expert psychiatrist Dr. Jay M. Jackman.

Dated: January 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE