```
BRUCE LOCKE, Bar #177807
MOSS & LOCKE
555 University Avenue #170
Sacramento, CA 95825
Telephone:  (916) 569-0663
blocke@mosslocke.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687
john@balazslaw.com

Attorneys for Defendant
AMR MOHSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0095-WBS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO ALLOW EHAB MOHSEN TO VISIT THE DEFENDANT |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | |
| Defendants. | |

The Defendant Amr Mohsen and the United States hereby stipulate that the conditions of his confinement may be amended to allow him to visit with his son, Ehab Mohsen, to discuss issues related to the the current status of his bankruptcy case and how that relates to the civil forfeiture issues.

The Government has agreed to the visit under the same conditions as previously applied, that is that each visit shall be attended by Amr Mohsen's criminal counsel who shall be present throughout the entire

1  visit; the Government shall be permitted to have a representative
2  present during the visit.  The visit shall be conducted in English.
3
4
5
6  DATED: January 13, 2006                    /S/
                                         Bruce Locke
7                                        Attorney for Amr Mohsen
8
   DATED: January 13, 2006                    /S/ by Bruce Locke
9                                        Robin Harris
                                         Attorney for the United States
10
11      Accordingly, for good cause appearing, IT IS HEREBY ORDERED:
12          This Court's order dated August 30, 2004 is hereby modified
13 to permit defendant Amr Mohsen to have one jail visit with his son,
14 Ehab Mohsen, This visit shall be facilitated by Mohsen's criminal
15 counsel who is ordered to be present for the entire visit.  The
16 government shall be given 24 hours notice in advance of the visit,
17 which notice shall be given during regular business hours, Monday
18 through Friday, 9:00 a.m. to 5:00 p.m.  The Government is permitted to
19 have a representative present during the visit.  The entire visit
20 between defendant Amr Mohsen and his family is to be conducted in
21 English.  The visit between Amr Mohsen and his family shall in all
22 other respects be conducted pursuant to the regular procedure
23 established by the Alameda County detention facility in which defendant
24 Amr Mohsen is incarcerated.
25 DATED:  January 17, 2006
26
27                               _____/s/ William B. Shubb_____
                                 WILLIAM B. SHUBB
28                               UNITED STATES DISTRICT JUDGE