BRUCE LOCKE, Bar #177807
MOSS & LOCKE
555 University Avenue #170
Sacramento, CA 95825
Telephone:  (916) 569-0663
blocke@mosslocke.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687
john@balazslaw.com

Attorneys for Defendant
AMR MOHSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 03-95-WBS |
|---|---|
| Plaintiff, | ) DEFENDANT AMR MOHSEN'S MOTION TO ALLOW VISITS WITH THE DEFENSE INVESTIGATOR KEITH McARTHUR AND ORDER |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | |
| Defendants. | ) Hon. William B. Shubb |

Defendant Amr Mohsen moves the Court to amend the conditions of his confinement to allow him to meet with his court appointed investigator Keith McArthur during legal visits with his attorneys. One or both of Mr. Mohsen's attorneys, Bruce Locke and John Balazs, must be present during any visit between Amr Mohsen and Mr. McArthur.

///

///

The government has agreed to the modification.

DATED: January 25, 2006

                              Respectfully submitted,

                              /s/   JOHN BALAZS
                              BRUCE LOCKE
                              JOHN BALAZS

                              Attorneys for Defendant
                              AMR MOHSEN

DATED: January 25, 2006

                              /s/ ROBIN HARRIS
                              ROBIN HARRIS
                              Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the Court's August 30, 2004 order is modified to permit defendant Amr Mohsen to have confidential legals visits with his investigator Keith McArthur in the presence of either one or both of his attorneys Bruce Locke and John Balazs.

Dated: January 25, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2