BRUCE LOCKE, Bar #177807
MOSS & LOCKE
555 University Avenue #170
Sacramento, CA 95825
Telephone:  (916) 569-0663
blocke@mosslocke.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687
john@balazslaw.com

Attorneys for Defendant
AMR MOHSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 03-95-WBS |
|---|---|
| Plaintiff, | ) DEFENDANT AMR MOHSEN'S MOTION TO ALLOW A VISIT WITH HIS WIFE AND ORDER |
| v. | ) |
| AMR MOHSEN and ALY MOHSEN, | ) |
| Defendants. | ) Hon. William B. Shubb |

Defendant Amr Mohsen moves the Court to amend the conditions of his confinement to allow him a one-hour visit with his wife, Mervat Mohsen, on February 2, 2006.  Mrs. Mohsen has not seen her husband in more than 2 months.

The Government has agreed to the visit under the same conditions as previously applied, that is that each visit shall be attended by Amr Mohsen's criminal counsel who shall be present throughout the entire visit; the Government shall be permitted to have a representative

present during the visit; and the visit shall be conducted in English.

Respectfully submitted,

DATED: January 25, 2005
/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
AMR MOHSEN

DATED: January 25, 2006
/s/ Robin Harris
ROBIN HARRIS
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the Court's August 30, 2004 order is modified to permit defendant Amr Mohsen to have one jail visit with his wife Mervat Mohsen.  This visit shall be facilitated by Mohsen's criminal counsel who is ordered to be present for the entire visit. The government shall be given 24 hours notice in advance of the visit, which shall be given during regular business hours, Monday through Friday, 9:00 a.m. to 5:00 p.m.  The Government is permitted to have a representative present during the visit.  The entire visit between defendant Amr Mohsen and his family is to be conducted in English.  The visit between Amr Mohsen and his family shall in all other respects be conducted pursuant to the regular procedure established by the Alameda County detention facility in which defendant Amr Mohsen is incarcerated.  No notes may be passed.

Dated:  January 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE