BRUCE LOCKE, Bar #177807
MOSS & LOCKE
555 University Avenue #170
Sacramento, CA 95825
Telephone:  (916) 569-0663
blocke@mosslocke.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
john@balazslaw.com

Attorneys for Defendant
AMR MOHSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 03-95-WBS |
|---|---|
| Plaintiff, | ) DEFENDANT AMR MOHSEN'S MOTION TO ALLOW A SECOND VISIT WITH THE DEFENSE PSYCHIATRIST DR. JAY JACKMAN AND ORDER |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | |
| Defendants. | ) Hon. William B. Shubb |

Defendant Amr Mohsen moves the Court to amend the conditions of his confinement to allow him a second, unescorted confidential visit of up to four hours with his court appointed forensic psychiatrist Dr. Jay M. Jackman, who has been previously retained by defense counsel as a forensic psychiatric expert for the upcoming trial.  On January 25, 2006, Dr. Jackman met with defendant Amr Mohsen, but was unable to complete his interview with Dr. Mohsen.  The defense thus requests a

second, follow-up visit for Dr. Jackman with Dr. Mohsen for up to four hours.

The government does not object to the visit.

DATED: January 25, 2006

                                    Respectfully submitted,

                                    /s/ JOHN BALAZS
                                    JOHN BALAZS

                                    Attorneys for Defendant
                                    AMR MOHSEN

DATED: January 25, 2006

                                    /s/ ROBIN HARRIS
                                    ROBIN HARRIS

                                    Assistant U.S. Attorney
                                    Attorney for the Government

**ORDER**

IT IS HEREBY ORDERED that the Court's August 30, 2004 order is modified to permit defendant Amr Mohsen to have a second, follow-up visit of up to four hours with the defense expert psychiatrist Dr. Jay M. Jackman.

Dated:  January 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2