```
 1  BRUCE LOCKE, Bar #177807                    ORIGINAL
    MOSS & LOCKE                                 FILED
 2  555 University Avenue #170
    Sacramento, CA 95825                        FEB 15 2006
 3  Telephone:  (916) 569-0663
    blocke@mosslocke.com                        [stamp]
 4
    JOHN BALAZS, Bar #157287
 5  Attorney At Law
    916 2nd Street, 2nd Floor
 6  Sacramento, California 95814
    Telephone: (916) 505-1687
 7  john@balazslaw.com

 8  Attorneys for Defendant
    AMR MOHSEN
 9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,      )  No. CR 03-95-WBS
                                   )
15                 Plaintiff,      )  DEFENDANT AMR MOHSEN'S MOTION TO
                                   )  ALLOW A VISIT WITH HIS WIFE AND
16                                 )  SON AND ORDER
                                   )
17        v.                       )
                                   )
18  AMR MOHSEN and ALY MOHSEN,     )
                                   )
19                 Defendants.     )  Hon. William B. Shubb
                                   )
20  _____

21        Defendant Amr Mohsen moves the Court to amend the conditions of

22  his confinement to allow him a non-contact visit with his wife, Mervat

23  Mohsen, and son, Ehab Mohsen.

24        The Government has agreed to the visit under the same conditions

25  as previously applied, that is that each visit shall be attended by Amr

26  Mohsen's criminal counsel who shall be present throughout the entire

27  visit; the Government shall be permitted to have a representative

28  present during the visit; the visit shall be conducted in English; and
```

```
 1  no notes may be passed.
 2                                    Respectfully submitted,
 3
 4  DATED: February 15, 2006          _____
                                      JOHN BALAZS
 5                                    Attorneys for Defendant
                                      AMR MOHSEN
 6
 7  DATED: February 15, 2006          _____
                                      ROBIN HARRIS
 8                                    Assistant U.S. Attorney
 9
10                              **ORDER**
11       IT IS HEREBY ORDERED that the Court's August 30, 2004 order is
12  modified to permit defendant Amr Mohsen to have one jail visit with his
13  wife Mervat Mohsen and son Ehab Mohsen on February 16, 2006.  This
14  visit shall be facilitated by Mohsen's criminal counsel who is ordered
15  to be present for the entire visit.  The Government is permitted to
16  have a representative present during the visit.  The entire visit
17  between defendant Amr Mohsen and his family is to be conducted in
18  English.  The visit between Amr Mohsen and his family shall in all
19  other respects be conducted pursuant to the regular procedure
20  established by the Alameda County detention facility in which defendant
21  Amr Mohsen is incarcerated.  No notes may be passed.
22       Dated: February 15, 2006
23                                    _____
                                      Hon. William B. Shubb
24                                    U.S. District Court Judge
25
26
27
28
```