E-filing

**FILED**

FEB 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMR MOHSEN,<br><br>    Defendants. | No. CR 03-0095 WBS<br><br>[PROPOSED] ORDER RE: RELEASE OF DEFENDANT AMR MOHSEN'S PASSPORT |

The Finance Department of the Clerk's Office of the United States District Court for the Northern District of California is hereby ordered to release the United States passport previously tendered to the Court by the defendant Amr Mohsen in connection with his pretrial release in April 2003. The Clerk's Office is ordered to release the passport to ~~FBI Special Agent Chris Forvour or FBI Special Agent Greg Nestor for use by the government in the trial of the above-referenced matter. The passport will be returned to the Court at the conclusion of the trial.~~ *Deputy Clerk Edward Butler for use at trial.*

DATED: 2/21/2006

_____
HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: RELEASE OF
DEFENDANT'S PASSPORT [CR 03-0095 WBS]