E-filing

**FILED**

MAR 0 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0095 WBS |
| Plaintiff, ) ) | ORDER |
| v. ) | |
| AMR MOHSEN, ) ) | |
| Defendant. ) | |

On motion of KEVIN V. RYAN, United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1. MOHAMED ALI MOUSSA may be called to testify at the trial of the above-captioned matter; and

2. In the judgment of the United States Attorney, MOHAMED ALI MOUSSA is likely to refuse to testify on the basis of his Fifth Amendment privilege against self-incrimination; and

3. In the judgment of the United States Attorney, the testimony and information to be obtained from MOHAMED ALI MOUSSA is necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice,

ORDER
[CR 03-0095 WBS]

1  pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

2      IT IS THEREFORE ORDERED that MOHAMED ALI MOUSSA soon as he may be
3  called, shall testify under oath and provide other information including documents in this case
4  and in any further ancillary proceedings;

5      IT IS FURTHER ORDERED that the testimony and other information compelled from
6  MOHAMED ALI MOUSSA pursuant to this Order, including personal or business records, the
7  fact of his production of any records, and any information directly or indirectly derived from such
8  testimony may not be used against him in any criminal case, except a prosecution for perjury,
9  false declaration, or otherwise failing to comply with this Order.

11  DATED: 3/7/2006

12                                    WILLIAM B. SHUBB
13                                    UNITED STATES DISTRICT JUDGE

ORDER
[CR 03-0095 WBS]            -2-