```
 1  BRUCE LOCKE, Bar #177807
    MOSS & LOCKE
 2  555 University Avenue #170
    Sacramento, CA 95825
 3  Telephone:  (916) 569-0663
    blocke@mosslocke.com
 4
    JOHN BALAZS, Bar #157287
 5  Attorney At Law
    916 2nd Street, 2nd Floor
 6  Sacramento, California 95814
    Telephone: (916) 505-1687
 7  john@balazslaw.com
 8  Attorneys for Defendant
    AMR MOHSEN
 9
```

E-filing

**FILED**

MAR 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 03-0095-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND THE CONDITIONS OF CONFINEMENT |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | |
| Defendants. | |

The Defendant Amr Mohsen and the United States hereby stipulate that the Court's order dated August 30, 2004 concerning the conditions of Amr Mohsen's confinement may be vacated and an order entered to the effect that the conditions of Amr Mohsen's confinement will be determined pursuant to the regular procedure established by the Alameda County detention facility in which defendant Amr Mohsen is incarcerated. Mr. Waldinger, counsel for the government, has authorized John Balazs to sign this stipulation for him.

1  DATED: March 21, 2006           /S/ JOHN BALAZS
                                   John Balazs
2                                  Attorney for Amr Mohsen

3
   DATED: March 21, 2006           /S/ by BRUCE LOCKE
4                              for Kyle Waldinger, AUSA
                                   Attorney for the United States
5

6

7                                **ORDER**

8       Accordingly, for good cause appearing, IT IS HEREBY ORDERED:

9       This Court's order dated August 30, 2004 is hereby vacated
10 and the defendant Amr Mohsen's conditions of confinement shall be
11 determined pursuant to the regular procedure established by the Alameda
12 County detention facility in which defendant Amr Mohsen is
13 incarcerated.

14 DATED: March 22, 2006           _____
                                    Honorable William B. Shubb
15                                  United States District Judge

2