E-filing

1  BRUCE LOCKE, Bar #177807
   MOSS & LOCKE
2  555 University Avenue #170
   Sacramento, CA 95825
3  Telephone:  (916) 569-0663
   blocke@mosslocke.com

**FILED**

4
   JOHN BALAZS, Bar #157287

MAR 2 2 2006

5  Attorney At Law
   916 2nd Street, 2nd Floor

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Sacramento, California 95814
   Telephone: (916) 505-1687
7  john@balazslaw.com

8  Attorneys for Defendant
   AMR MOHSEN
9

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,      )  No. CR 03-0095-WBS
15                                )
                    Plaintiff,    )  STIPULATION AND ORDER RE SCHEDULE
16                                )  FOR POST TRIAL MOTIONS UNDER FED.
                                  )  R. CRIM. P. 29 AND 33
17      v.                        )
                                  )
18  AMR MOHSEN and ALY MOHSEN,    )
                                  )  Time:   TBD
19                                )  Date:   TBD
                    Defendants.   )  Hon. William B. Shubb
20  _____)

21       The defendant Amr Mohsen, through his attorneys, and the United

22  States, through its attorneys, hereby stipulate and request that the

23  Court set the following schedule for the filing and briefing of

24  defendant's post-trial motions for acquittal and for a new trial under

25  Federal Rules of Criminal Procedure 29 and 33:

26       Defense motions due:          April 14, 2006

27       Government's responses due:   May 12, 2006

28       Defense reply briefs due:     May 26, 2006

1    The parties will also attempt to schedule with the Court's clerk

2    an available time and date for a hearing on the motion.

3

4

5                                Respectfully submitted,

6

7    DATED: March 22, 2006        /S/ JOHN BALAZS
                                   John Balazs
8                                  Attorney for Amr Mohsen

9
     DATED: March 22, 2006        /S/ by JOHN BALAZS
10                                 for Kyle Waldinger, AUSA
                                   Attorney for the United States
11

12

13

14

15                               **ORDER**

16       IT IS SO ORDERED.

17

18   DATED:   March 22, 2006
                                  Honorable William B. Shubb
19                                United States District Judge

20

21

22

23

24

25

26

27

28

                                  2