BRUCE LOCKE, Bar #177807
MOSS & LOCKE
555 University Avenue #170
Sacramento, CA 95825
Telephone:  (916) 569-0663
blocke@mosslocke.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687
john@balazslaw.com

Attorneys for Defendant
AMR MOHSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0095-WBS |
| Plaintiff, | ORDER RE SCHEDULE AND HEARING FOR POST TRIAL MOTIONS UNDER FED. R. CRIM. P. 29 AND 33 |
| v. | |
| AMR MOHSEN and ALY MOHSEN, | Date: June 23, 2006 |
| | Date: 10:30 a.m. |
| | Hon. William B. Shubb |
| Defendants. | |

Pursuant to the stipulation of the parties, the Court previously adopted the following schedule for the filing and briefing of defendant's post-trial motions for acquittal and for a new trial under Federal Rules of Criminal Procedure 29 and 33:

    Defense motions due:      April 14, 2006

    Government's responses due:  May 12, 2006

    Defense reply briefs due:    May 26, 2006

///

1  After consultation with parties, the Court now sets a hearing on
2 any such filed motions for June 23, 2006, at 10:30 a.m.
3  IT IS SO ORDERED.
4 DATED: April 10, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2