1   BRUCE LOCKE, Bar #177807
    MOSS & LOCKE
2   555 University Avenue #170
    Sacramento, CA 95825
3   Telephone:  (916) 569-0663
    blocke@mosslocke.com
4
    JOHN BALAZS, Bar #157287
5   Attorney At Law
    916 2nd Street, 2nd Floor
6   Sacramento, California 95814
    Telephone: (916) 505-1687
7   john@balazslaw.com

8   Attorneys for Defendant
    AMR MOHSEN
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
    UNITED STATES OF AMERICA,      )  No. CR 03-95-WBS
15                                 )
                    Plaintiff,     )  STIPULATION AND ORDER RE
16                                 )  SENTENCING HEARING
                                   )
17      v.                         )
                                   )
18  AMR MOHSEN and ALY MOHSEN,     )  Date:  September 15, 2006
                                   )  Time:  10:30 a.m.
19                                 )  Hon. William B. Shubb
                    Defendants.    )
20  _____)

21      Defendant Amr Mohsen, through his attorneys Bruce Locke and John

22  Balazs, defendant Aly Mohsen, through his attorneys Frank Ubhaus and

23  Christian Picone, and the United States, through its attorneys,

24  Assistant U.S. Attorneys Robin L. Harris and Kyle F. Waldinger, hereby

25  stipulate and request that the Court continue the sentencing hearing in

26  this case for both defendants from July 14, 2006, to **September 15,**

27  **2006, at 10:30 a.m.**  U.S. Probation officer Benjamin Flores was

28  informed of this stipulation and he has no objection.

1    The reason for this request is that defense counsel needs

2 additional time to prepare for sentencing.  The Speedy Trial Act does

3 not apply to sentencing proceedings.

4    DATED: May 18, 2006

5                              Respectfully submitted,

6

7                              /s/ John Balazs
                               JOHN BALAZS
8
                               Attorney for Defendant
9                              AMR MOHSEN

10   DATED: May 18, 2006

11                             /s/ Christian Picone
                               CHRISTIAN PICONE
12                             [signed with permission]

13                             Attorney for Defendant
                               ALY MOHSEN
14
     DATED: May 18, 2006
15
                               /s/ Robin Harris
16                             ROBIN HARRIS
                               Assistant U.S. Attorney
17                             [signed with permission]

18

19

20                              **ORDER**

21   IT IS SO ORDERED.

22 Dated:  May 22, 2006

23

24 _____
                               WILLIAM B. SHUBB
25                             UNITED STATES DISTRICT JUDGE

26

27

28

                                    2