1  BRUCE LOCKE, Bar #177807
   MOSS & LOCKE
2  555 University Avenue #170
   Sacramento, CA 95825
3  Telephone:  (916) 569-0663
   blocke@mosslocke.com
4
   JOHN BALAZS, Bar #157287
5  Attorney At Law
   916 2nd Street, 2nd Floor
6  Sacramento, California 95814
   Telephone: (916) 505-1687
7  john@balazslaw.com

8  Attorneys for Defendant
   AMR MOHSEN
9

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,       ) No. CR 03-0095-WBS
15                                 )
              Plaintiff,           ) STIPULATION AND ORDER RE SCHEDULE
16                                 ) FOR POST TRIAL MOTIONS UNDER FED.
                                   ) R. CRIM. P. 29 AND 33
17      v.                         )
                                   )
18 AMR MOHSEN and ALY MOHSEN,      )
                                   ) Time: June 23, 2006
19                                 ) Date: 10:30 a.m.
              Defendants.          ) Hon. William B. Shubb
20 _____ )

21      The defendant Amr Mohsen, through his attorneys, and the United

22 States, through its attorneys, hereby stipulate and request that the

23 Court continue the due date for the defense's reply briefs on post-

24 trial motions from May 26, 2006 to **June 7, 2006.**

25 ///

26 ///

27 ///

28

1 | The hearing on these motions shall remain as scheduled on June 23,
2 | 2006, at 10:30 a.m.

Respectfully submitted,

DATED: May 23, 2006        /S/ John Balazs
                           John Balazs
                           Attorney for Amr Mohsen

DATED: May 23, 2006        /S/ Robin Harris
                           Robin Harris, AUSA
                           Attorney for the United States
                           [signed with permission]

**ORDER**

IT IS SO ORDERED.

DATED: May 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2