

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )
                           )
vs.                        )   Docket Number: CR 03-00095-1
                           )
Amr Mohsen                 )
                           )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for  October 20, 2006  be continued until  December 8, 2006  at  10:30 a.m.  .

Date: 9/28/2006

William B. Shubb
Senior United States District Judge

NDC-PSR-009 12/06/04