UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

AMR MOHSEN and ALY MOHSEN,

        Defendants.

CASE NO. CR. 03-0095 WBS

MODIFIED ORDER

----oo0oo----

In response to Mr. Riordan's request for modification of its order of November 28, 2006, the court acknowledges that Mr. Riordan requested that the sentencing hearing be continued to December 15, 2006 or some date thereafter, and that his motion estimated that the <u>Kanda</u> trial "should be completed by December 10th." In all other respects the Order of November 28, 2006 is reaffirmed.

DATED: December 4, 2006

        IT IS SO ORDERED.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1