**FILED**

MAR 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0095 WBS |
| Plaintiff, ) | |
| v. ) | [proposed] ORDER FOR PREPARATION OF TRANSCRIPT OF IN CAMERA HEARING |
| AMR MOHSEN, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Court Reporter Sahar McVickar prepare a copy of the previously sealed in camera hearing which took place during trial on March 8, 2006. A copy of that transcript may be provided to defense counsel *and the United States Attorney*.

Dated: March 16, 2007

*[signature]*

William B. Shubb, District Judge