UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMR MOHSEN,<br><br>Defendant. | No. CR 03-0095 WBS<br><br>[proposed] ORDER<br>FOR PREPARATION OF<br>TRANSCRIPT OF IN CAMERA<br>HEARING |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Court Reporter Joan Columbini prepare a copy of the previously sealed in camera hearing which took place during trial on February 28, 2006. A copy of that transcript may be provided to defense counsel and to counsel for the government. WSS

Dated: April 3, 2007

William B. Shubb, District Judge