RECEIVED
07 MAR 29 AM 10:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMR MOHSEN,

    Defendant.

)
)
)  No. CR 03-0095 WBS
)
)
)
)  [proposed] ORDER
)  FOR PREPARATION OF
)  TRANSCRIPT OF IN CAMERA
)  HEARING
)
)
)

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Court Reporter Leo Mankewicz prepare a copy of the previously sealed in camera hearing which took place during trial on May 11, 2004. A copy of that transcript may be provided to defense counsel and to counsel for the government. WBS

Dated: April 3, 2007

William B. Shubb, District Judge

COPIES MAILED TO
PARTIES OF RECORD