MARC J. ZILVERSMIT (CA SBN 132057)
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Fax:  (415) 552-2703

Attorney for Defendant
AMR MOHSEN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>AMR MOHSEN,<br><br>           Defendant. | Case No. CR 03-0095 WBS<br><br>**STIPULATED MOTION TO SET DUE DATE FOR FILING REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND;**<br><br>[Proposed] **ORDER** |

Because after reviewing the transcript of the November 10, 2011 hearing transcript, the Government intends to file an Opposition to Defendant's Motion for Leave to Amend on the previously set due date of January 6, 2012, the parties hereby move this Court to set January 18, 2012 as the due date for Defendant's Reply to Opposition to Motion for Leave to Amend.

Dated: January 3, 2012                    Respectfully stipulated and submitted,

/s/
_____
MARC J. ZILVERSMIT
Attorney for Defendant
AMR MOHSEN


/s/
_____
KYLE F. WALDINGER
ROBIN L. HARRIS
Assistant United States Attorneys

IT IS SO ORDERED:
January 4, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Motion and [Proposed] Order to Set Reply Date