UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMR MOHSEN,<br><br>          Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CR. NO. 3:03-00095 WBS<br><br><u>ORDER</u> |

----oo0oo----

On June 30, 2016, petitioner Amr Mohsen filed a successive motion pursuant to 28 U.S.C. § 2255. The United States moves to stay the proceedings on that motion until the Ninth Circuit rules on petitioner's request to authorize a successive § 2255 motion.

The court grants the United States' motion to stay and STAYS this action until the Ninth Circuit decides whether to authorize petitioner's successive § 2255 motion. If petitioner

1

has not already done so, he is ordered forthwith to file an application with the United States Court of Appeals for the Ninth Circuit for leave to file a successive petition pursuant to 28 U.S.C. § 2255(h)(2).  Within five days of the Ninth Circuit issuing its decision, the United States Attorney shall notify the court and, if the Ninth Circuit authorizes the successive motion, file a status report proposing a briefing schedule.

        IT IS SO ORDERED.

Dated:  July 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE